UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUIWU LAI,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants. | CASE NO. C17-1704-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a thirty day extension of time for Defendants to respond to Plaintiff's Complaint (Dkt. No. 7). Finding good cause, the motion is GRANTED. Defendants must answer, plead, or otherwise respond by February 15, 2018.

DATED this 16th day of January 2018.

                                       William M. McCool
                                       Clerk of Court

                                       s/Tomas Hernandez
                                       Deputy Clerk