THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUIWU LAI, | CASE NO. C17-1704-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a schedule for the remaining briefing (Dkt. No. 21) for the parties' cross motions for summary judgment (Dkt. Nos. 15, 16). The stipulated motion (Dkt. No. 21) is GRANTED. Deadlines for the remaining briefing on the parties' cross motions for summary judgment are as follows:

| | |
|---|---|
| Government's Reply in support of its Cross-Motion | June 8, 2018 |
| Summary Judgment motions noted for consideration | June 11, 2018 |

The Clerk is DIRECTED to re-note the parties' cross-motions (Dkt. Nos. 15, 16) to June 11, 2018.

//

//

MINUTE ORDER C17-1704-JCC
PAGE - 1

DATED this 30th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk